Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

MIRANDA TSAI 8308-0
CONNIE CHOW 8556-0
Alii Place, Suite 1400
1099 Alakea Street
P.O. Box 131
Honolulu, Hawaii 96810
Telephone: (808) 539-0400
Email: mtsai@awlaw.com; cchow@awlaw.com

Attorneys for
FORD MOTOR CREDIT COMPANY LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re | ) | CASE NO. 09-01102 |
| | ) | (Chapter 13) |
| MICHAEL ALLAN CAIN and ELDRED LEIMOMI CAIN, | ) | |
| | ) | HEARING |
| Debtors. | ) | Date: July 16, 2009 |
| | ) | Time: 9:40 a.m. |
| | ) | Judge: The Honorable Robert J. Faris |

**STATEMENT RE DEBTORS' SECOND AMENDED CHAPTER 13 PLAN FILED ON JUNE 26, 2009; EXHIBIT "A"**

FORD MOTOR CREDIT COMPANY LLC ("FMCC"), by and through its attorneys, Ashford & Wriston A Limited Liability Law Partnership LLP, submits its statement regarding Debtors' Second Amended Chapter 13 Plan filed herein on June 26, 2009 (the "Plan"). Debtors' proposed Plan lists FMCC's claim with

respect to its lienholder interest in that certain 2008 Ford Edge, VIN 2FMDK38C28BA43756 ("Secured Automobile") as a Class 4 claim but does not list the maturity date. According to the Credit Sale Contract – Motor Vehicle dated August 20, 2008 ("Contract") (attached hereto as Exhibit "A") for the Secured Automobile, the maturity date and final payment due under the Contract is September 4, 2014.

DATED: Honolulu, Hawaii; July 2, 2009.

*/s/ Miranda Tsai*
MIRANDA TSAI
CONNIE CHOW
Attorneys for
FORD MOTOR CREDIT COMPANY LLC



U.S. Bankruptcy Court - Hawaii #09-01102 Dkt # 26 Filed 07/02/09 Page 2 of 4

CREDIT SALE CONTRACT-MOTOR VEHICLE
SIMPLE FINANCE CHARGE

Deal Number 1218100 Stock Number

| Buyer Name or Business Name and Buyer Address and Mailing Address (if different) (including County and Zip Code) | Co-Buyer Name or Business Name and Address and Mailing Address (if different) (including County and Zip Code) | Creditor-Seller (Name and Address) |
|---|---|---|
| MICHAEL A CAIN<br>5310 B IROQUOIS AVE<br>EWA BEACH HI 96706<br>HONOLULU | ELDRED E CAIN<br>5310 B IROQUOIS AVE<br>EWA BEACH HI 96706<br>HONOLULU | CUTTER FORD, INC.<br>98 015 KAMEHAMEHA HWY<br>AIEA, HI 96701 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this Contract, you choose to buy the vehicle on credit under the agreements on the front and back of this Contract. You agree to pay the Creditor - Seller and the holder of this Contract (sometimes "we" or "us" in this Contract) the Amount Financed and Finance Charge in U.S. funds according to Your Payment Schedule below. We will figure the Finance Charge on a daily basis. The Federal Truth-In-Lending Disclosures below are part of this Contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| NEW | 2008 | FORD EDGE | 2FMDK38C28BA43756 | ☒ personal, family or household<br>☐ business<br>☐ agricultural<br>Mileage 45 |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 4000.00 is |
|---|---|---|---|---|
| 0.00 % | $ 0.00 (e) | $ 37730.54 | $ 37730.54 (e) | $ 41730.54 (e) |

**Your Payment Schedule Will Be:** (e) means estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 71 | 524.03 | Monthly beginning 10/04/2008 |
| 1 | 524.41 | DUE ON 09/04/2014 |
| | N/A (e) | N/A |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of $ 50.00 or 5 % of the part of the payment that is late, whichever is less.

**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this Contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Insurance.** You may buy the physical damage insurance this Contract requires (see back) from anyone you choose who is acceptable to us. However you can't get it through us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:

**Optional Credit Insurance**

☐ Credit Life ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability (Buyer Only)

| | Premium | Term |
|---|---|---|
| Credit Life $ | N/A | N/A |
| Credit Disability $ | N/A | N/A |

Insurance Company Name N/A

Home Office Address N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original Payment Schedule. This insurance may not pay all you owe on this Contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

N/A N/A
Signature of Buyer Requesting Coverage Date
N/A
Signature of Co-Buyer Requesting Coverage Date

**THIS DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE. IT DOES NOT MEET THE REQUIREMENTS FOR PROOF OF FINANCIAL RESPONSIBILITY UNDER HAWAII LAW.**

**Returned Check Charge:** You agree to pay a charge of up to $ 30.00 as the law permits if any check you give us is dishonored.

**SERVICE CONTRACT** (Optional) By initialing below, you request a Service Contract written with the following company for the term shown below. The cost is shown in Item 4H of the Itemization of Amount Financed.
Company PREMIUMCARE
Term: The first of 72 months or 75000 miles
Buyer's Initials MC Deductible 100.00

**Seller's Right to Cancel** If Buyer and Co-Buyer sign here, and if Seller is unable to assign this Contract to a financial institution, the provisions of the Seller's Right to Cancel section on the back will apply.
X [signature] Signature of Buyer
X [signature] Signature of Co-Buyer

☐ **VENDOR'S SINGLE INTEREST INSURANCE** (VSI insurance) If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ N/A and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

**ITEMIZATION OF AMOUNT FINANCED**

| | | |
|---|---|---|
| 1 A | Cash Price including Accessories | $ 35690.00 |
| B | Safety Inspection Fee Paid to Seller | $ N/A |
| C | Other | $ N/A |
| D | Other | $ N/A |
| E | Other | $ N/A |
| F | Other | $ N/A |
| G | General Excise Tax | $ 1687.84 |
| H | Other Tax N/A | $ N/A |
| | Total Cash Price (A through H) | $ 37277.84 (1) |
| 2 | Total Downpayment — Trade-In 2003 (Year) FORD (Make) EXPLORER (Model) | |
| | Gross Trade-In Allowance | $ 4000.00 |
| | Less Pay Off Made By Seller | $ N/A |
| | Equals Net Trade-In (indicate if negative amount) | $ 4000.00 |
| | + Cash | $ N/A |
| | + Dealer Rebate | $ N/A |
| | + Manufacturer Rebate | $ N/A |
| | + Other | $ N/A |
| | Total Downpayment | $ 4000.00 (2) |

(Instructions: If Net Trade-In shown is a negative amount: Seller may apply cash and rebates to the negative Net Trade-In AND (1) enter any remaining positive amount as the Total Downpayment, OR (2) enter $-0- as the Total Downpayment and enter any remaining negative amount in Other Charges 4H as "Prior Credit or Lease Balance." If Seller does NOT apply cash and rebates to a negative Net Trade-In amount, enter cash and rebates as the Total Downpayment without regard to the negative Net Trade-In amount, and enter the Negative Trade-In amount in Other Charges 4H as "Prior Credit or Lease Balance".)

| | | | |
|---|---|---|---|
| 3 | Unpaid Balance of Cash Price (1 minus 2) | | $ 33277.84 (3) |
| 4 | Other Charges including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts): | | |
| A | Cost of Optional Credit Insurance Paid to Insurance Company or Companies. Life $ N/A Disability $ N/A | | $ N/A |
| B | Vendor's Single Interest Insurance Paid to Insurance Company | | $ N/A |
| C | Optional Gap Contract | | $ 695.00 |
| D | Official Fees Paid to Government Agencies | | $ N/A |
| E | Government Taxes Not Included in Cash Price | | $ N/A |
| F | Government License and/or Registration Fees — License Fee | | $ 222.70 (e) |
| G | Government Certificate of Title Fees | | $ N/A |
| H | Other Charges (Seller must identify who is paid and describe purpose) | | |
| | to N/A | for Prior Credit or Lease Balance | $ N/A |
| | to Seller | for Documentary Fee (not a government fee) | $ 250.00 |
| | to PREMIUMCARE | for VEH SERV CONT. | $ 1995.00 |
| | to FORD MOTOR CO | for PP MAINT | $ 1290.00 |
| | to N/A | for N/A | $ N/A |
| | to N/A | for N/A | $ N/A |
| | to N/A | for N/A | $ N/A |
| | to N/A | for N/A | $ N/A |
| | to N/A | for N/A | $ N/A |
| | to N/A | for N/A | $ N/A |
| | to N/A | for N/A | $ N/A |
| | Total Other Charges and Amounts Paid to Others on Your Behalf | | $ 4462.70 (4) |
| 5 | Amount Financed (3 + 4) | | $ 37730.54 (5) |

(e) means estimate

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4C of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this Contract.

Term 72 Mos. WDS INC Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X [signature] [signature]

☐ (check if applicable - used vehicles only) **"AS IS"**

**THIS VEHICLE SOLD "AS IS"..YOU WILL HAVE TO PAY FOR ANY REPAIRS NEEDED AFTER SALE. IF WE HAVE MADE ANY PROMISES TO YOU, THE LAW SAYS WE MUST KEEP OUR PROMISES, EVEN IF WE SELL "AS IS". TO PROTECT YOURSELF, ASK US TO PUT ALL PROMISES IN WRITING.**

Buyer Signs Date Co-Buyer Signs Date

**This ☐ IS ☒ IS NOT a door-to-door sale. There ☐ IS A ☒ IS NO 3-DAY RIGHT TO CANCEL on this purchase.** MC [initials] Customer's Initials [initials] Salesperson's or Dealer's Initials

**HOW THIS CONTRACT CAN BE CHANGED.** This Contract contains the entire agreement between you and us relating to this Contract. Any change to this Contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X [signature] Co-Buyer Signs X [signature]
If any part of this Contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this Contract without losing them.

**EXHIBIT "A"**

OTHER IMPORTANT AGREEMENTS

1. FINANCE CHARGE AND PAYMENTS

a. HOW WE WILL FIGURE THE FINANCE CHARGE. [illegible]

b. PAYMENTS. [illegible]

c. PERMITTED FINANCE CHARGE. [illegible]

d. YOU MAY PREPAY. [illegible]

2. PRESERVATION OF THE VEHICLE. [illegible]

3. YOUR OTHER PROMISES TO US

a. IF THE VEHICLE IS DAMAGED, DESTROYED, OR MISSING. [illegible]

b. USING THE VEHICLE. [illegible]

c. ADVANCES. [illegible]

d. SECURITY INTEREST. [illegible]

e. TITLE, FINANCING STATEMENT. [illegible]

f. INSURANCE YOU MUST HAVE ON THE VEHICLE. [illegible]

g. REMOVAL OF YOUR VEHICLE FROM HAWAII. [illegible]

4. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

a. YOU MAY OWE LATE CHARGES. [illegible]

b. YOU MAY HAVE TO PAY ALL YOU OWE AT ONCE. [illegible]

c. YOU MAY HAVE TO PAY COLLECTION COSTS. [illegible]

d. OUR RIGHTS IF YOU DEFAULT. [illegible]

e. HOW YOU CAN GET THE VEHICLE BACK IF WE TAKE IT. [illegible]

f. WAIVERS. [illegible]

g. SCOPE OF YOUR RESPONSIBILITY. [illegible]

h. SCOPE OF OUR RIGHTS. [illegible]

i. RECOVERY OF REVERSED PAYMENTS. [illegible]

j. CONTINUATION OF OUR RIGHTS. [illegible]

k. EXERCISE OF MORE THAN ONE RIGHT. [illegible]

5. WARRANTIES SELLER DISCLAIMS. [illegible]

6. USED CAR BUYERS GUIDE. [illegible]

7. GOVERNING LAW. [illegible]

**Seller's Right to Cancel**

[illegible]

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only if "the personal, family or household" box in the "Primary Use for Which Purchased" section of this Contract is checked. In all other cases, the Buyer will not assert against any subsequent holder or assignee of this Contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this Contract.

**ARBITRATION CLAUSE**

**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Clause, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this Contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this Contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Clause shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose one of the following arbitration organizations and its applicable rules: the National Arbitration Forum, Box 50191, Minneapolis, MN 55405-0191 (www.arb-forum.com), the American Arbitration Association, 335 Madison Ave., Floor 10, New York, NY 10017-4605 (www.adr.org), or any other organization that you may choose subject to our approval. You may get a copy of the rules of